Before STATE INDUSTRIAL BOARD, Respondent.

ANNIE GUINAN, Respondent, *v.* HEMCO ELECTRIC COMPANY and Another, Appellants.

*Workmen's compensation — accidental injury — evidence does not show accident preceding death by angina pectoris — medical testimony contrary to findings.*

Appeal from an award of the State Industrial Board, made on the 25th day of November, 1924.

PER CURIAM: There is no evidence to show death from any accident arising out of or in the course of decedent's employment. There is no evidence of

slipping or tripping which could have caused a fall and the medical testimony is contradictory to the findings, such testimony indicating that angina pectoris preceded the fall rather than being caused thereby. All concur. Award reversed and claim dismissed, with costs against the State Industrial Board.